Argued and submitted July 10, reversed and remanded August 16, 2006

## STATE OF OREGON,
*Appellant,*

*v.*

## KEVIN JOHN SCHMIDT,
*Respondent.*

### D0300926T; A125113

140 P3d 1198

Douglas F. Zier, Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Ben Eder argued the cause for respondent. With him on the brief were Robert Thuemmel and Thuemmel & Uhle.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Cramer, Judge pro tempore.

PER CURIAM

Reversed and remanded. *State v. Norman*, 203 Or App 1, 125 P3d 15 (2005), *rev den*, 340 Or 308 (2006).